UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEFKATE ASSOCIATES, et al.,<br><br>　　　　　　Defendants. | Case No. 21-cv-05779-SVK<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 24 |

On September 27, 2021, Plaintiff Scott Johnson ("Plaintiff") filed an *Administrative Motion for Relief Requesting Extension of Time to Complete Service on Defendants* seeking 90 additional days for service as well as a 90-day extension of the site inspection deadline under General Order 56. Dkt. 12. The Court DENIED in part and GRANTED in part Plaintiff's motion. Dkt. 13. More particularly, in light of counsel's representations to the Court under oath, the Court limited the requested extensions to **30** days. *Id.* Accordingly, the site inspection should have been completed by November 29, 2021 at the latest. The Court warned the Parties that "[n]o further extensions will be granted without an explicit showing of good cause supported by facts specific to the case. Plaintiff's usual boiler-plate, non-specific complaints regarding COVID and the like shall not be sufficient." *Id.*

Contrary to this Court's order, the Parties now present a *Joint Stipulation to Extend Site Inspection Deadline* advising that a site inspection will occur on February 16, 2022 and requesting that the deadline to conduct the site inspection again be extended to February 17, 2022. Dkt. 24. Further, the stipulation erroneously presumes that Plaintiff received a 90-day extension in response to Dkt. 12, which as noted above, the Court did not grant. Counsel's failure to read this Court's orders does not constitute "good cause" for further extensions. Accordingly, the matter is

set for hearing on February 22, 2022 to show cause as to why the matter should not be dismissed. If the site inspection has taken place by mutual agreement of the Parties in advance of the OSC hearing, the Parties may so inform the Court, and the Court may take that fact into consideration at the hearing on February 22, 2022.

**SO ORDERED.**

Dated: January 31, 2022

SUSAN VAN KEULEN
United States Magistrate Judge